UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE OF MICHIGAN, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:10-cv-1273 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| BAY MILLS INDIAN COMMUNITY, | ) | |
| Defendant. | ) | |
| | ) | |
| --AND– | ) | |
| | ) | |
| LITTLE TRAVERSE BAY BAND OF ODAWA INDIANS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:10-cv-1278 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| BAY MILLS INDIAN COMMUNITY, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER LIFTING STAY AND ORDER FOR A STATUS REPORT

After this Court entered a preliminary injunction in this consolidated action, Defendant Bay Mills Indian Community filed an interlocutory appeal. This Court subsequently issued a stay pending the Sixth Circuit Court of Appeal's decision. The Sixth Circuit issued an opinion on August 15, 2012, and the mandate issued on September 6, 2012. Accordingly, the stay (ECF No. 166) is **LIFTED.** Within ten (10) days of the date of this Order the parties shall file a status report regarding each case, including the status of any pending motions, in light of the Sixth Circuit's decision.

**IT IS SO ORDERED.**

Date:   September 11, 2012                                      /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    Chief United States District Judge