UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE OF MICHIGAN, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:10-cv-1273 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| BAY MILLS INDIAN COMMUNITY, | ) | |
| Defendant. | ) | |
| | ) | |
| --AND– | ) | |
| | ) | |
| LITTLE TRAVERSE BAY BANDS OF ODAWA INDIANS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:10-cv-1278 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| BAY MILLS INDIAN COMMUNITY, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

Having issued an order dismissing plaintiff's claims against the defendant, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in case 1:10-cv-1278 in favor of defendant Bay Mills Indian Community and against plaintiff Little Traverse Bay Bands of Odawa Indians.

Date:   September 25, 2012                   /s/  Paul L. Maloney
                                             Paul L. Maloney
                                             Chief United States District Judge