UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE STATE OF MICHIGAN,

    Plaintiff,

v

GAIL GLEZEN, *et al.*,

    Defendants.

No. 1:10-cv-01273-PLM

HON. PAUL L. MALONEY

**VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff State of Michigan and all Defendants stipulate and agree to a voluntary dismissal, without prejudice and without costs or attorneys' fees, of all claims in the above-captioned action. The current Defendants in this action are listed below and are automatically substituted for their predecessors under Fed. R. Civ. P. 25(d).

| EXECUTIVE COUNCIL ||
|---|---|
| **Named in second amended complaint for individual- and official-capacity claims** | **Currently serving and automatically substituted under Fed. R. Civ. P. 25(d) for official-capacity claims** |
| Levi Carrick, Sr. | Bryan T. Newland |
| John Paul Lufkins | Brenda Bjork |
| Tony LeBlanc | Beverly Carrick |
| Gerald Parish | Gail Glezen |
| Dwight (Bucko) Teeple | Rachel L. Burtt |

| GAMING COMMISSION ||
|---|---|
| **Named in Second Amended Complaint for individual- and official-capacity claims** | **Currently serving and automatically substituted under Fed. R. Civ. P. 25(d) for official-capacity claims** |
| Gail Glezen | Renae Wiecvorek |
| Stacey Walden | No substitution |
| Laura (Parish) LaMothe | Mike Willis |
| Terry Carrick | Justin T. Carrick |
| Dwight (Bucko) Teeple | No substitution |

**STIPULATED AND AGREED TO BY:**

Counsel for Plaintiff

*/s/ Margaret A. Bettenhausen*
Margaret A. Bettenhausen (P75046)
Jaclyn Shoshana Levine (P58938)
Assistant Attorneys General
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
bettenhausenm@michigan.gov
levinej2@michigan.gov

Dated:  November 19, 2020

Counsel for Defendants

*/s/ Vernle C. (Skip) Durocher, Jr.*
*(with permission)*
Vernle C. (Skip) Durocher, Jr.
James K. Nichols
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600
durocher.skip@dorsey.com
nichols.james@dorsey.com

Counsel for Defendants

Kathryn L. Tierney (P24837)
Whitney Gravelle (P83217)
12140 W. Lakeshore Drive
Brimley, MI 49175
(906) 248-8100
candyt@bmic.net
wgravelle@baymills.org

Dated:  November 19, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

*/s/Margaret A. Bettenhausen*
Margaret A. Bettenhausen (P75046)
Jaclyn Shoshana Levine (P58938)
Assistant Attorneys General
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
bettenhausenm@michigan.gov
levinej2@michigan.gov

LF:  Bay Mills Indian Community v Snyder USDC/AG#2010-0031157-D/Glezen – Stipulation for Voluntary Dismissal 2020-11-19